UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DOUGLAS WAYNE DUNN, | Case No. 6:22-cv-00087-MC |
| Petitioner, | ORDER |
| v. | |
| JOSHUA HIGHBERGER; ELLEN F. ROSENBLUM, | |
| Respondents. | |

_____

MCSHANE, District Judge.

Petitioner filed this federal habeas Petition pursuant to 28 U.S.C. § 2254 challenging a decision of the Oregon Board of Parole and Post-Prison Supervision. Petitioner now moves to dismiss the Petition, on grounds that he has obtained the relief he sought. Respondent does not oppose the motion.

Accordingly, petitioner's Motion to Dismiss (ECF No. 26) is GRANTED, and this Petition is dismissed, with prejudice.

IT IS SO ORDERED.

DATED this 12th day of October, 2022.

                                                                                            s/ Michael J. McShane  
                                                                                            MICHAEL J. MCSHANE  
                                                                                            United States District Judge

1 - ORDER